IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CR-00387-RJC

| | |
|---|---|
| USA, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| TONY ANDWOANE GRIER, | ) |
| | ) |
| | ) |

**THIS MATTER** is before the Court upon the government's motions for a reduction of the defendant's sentence pursuant to Federal Rule of Criminal Procedure 35(b), (Doc. No. 31).

For the reasons stated in the government's motion, the Court finds that the defendant, after sentencing, provided substantial assistance in investigating or prosecuting another person and reducing the sentence accords with the Sentencing Commission's guidelines and policy statements. Fed. R. Crim. P. 35(b).

**IT IS, THEREFORE, ORDERED** that the government's motion (Doc. No. 31) is **GRANTED** and the defendant's sentence is reduced to 152 months' imprisonment. All other terms and conditions previously imposed remain unchanged.

The Clerk is directed to certify copies of this Order to the defendant, counsel for the defendant, the United States Attorney, the United States Probation Office, and the United States Marshals Service.

Signed: January 20, 2016

Robert J. Conrad, Jr.
United States District Judge